# BRIAN S. THOMAS, LLC
### ATTORNEY AT LAW

327 CENTRAL AVENUE
CENTRAL PROFESSIONAL PLAZA – SUITE 103
LINWOOD, NJ 08221
(609) 601-6066 · FAX: (609) 601-6061 · Email: brian@brianthomaslaw.com

18 NORTH MAIN STREET                                              157 NORTH MAIN STREET
CAPE MAY COURT HOUSE, NJ 08210                                    MANAHAWKIN, NJ 08050
(609) 463-4800                                                    (609) 978-4800

October 22, 2019

**Via Electronic Filing**
Honorable Jerrold N. Poslusny, Jr. USBJ
United States Bankruptcy Court
United States Post Office
and Court House Building
PO Box 2067
Camden, New Jersey 08101

Re:   Bankruptcy of Myrlande Tony
      Our File No. N9533-BT
      Case No. 19-12877/JNP

Dear Judge Poslusny:

A Status Conference was scheduled in the above-captioned matter for October 22, 2019.

At the time of 341a meeting the debtor was the owner of a personal injury action. I am trying to determine the value of said action. I am requesting that this matter be carried for 60 days.

Your Honor's attention to this matter is sincerely appreciated.

Respectfully yours,

Brian S. Thomas

BST:kl