# BRIAN S. THOMAS, LLC
**ATTORNEY AT LAW**

327 CENTRAL AVENUE
CENTRAL PROFESSIONAL PLAZA – SUITE 103
LINWOOD, NJ 08221
(609) 601-6066 • FAX: (609) 601-6061 • Email: brian@brianthomaslaw.com

| | |
|---|---|
| 18 NORTH MAIN STREET | 157 NORTH MAIN STREET |
| CAPE MAY COURT HOUSE, NJ 08210 | MANAHAWKIN, NJ 08050 |
| (609) 463-4800 | (609) 978-4800 |

December 27, 2019

**Via Electronic Filing**
Honorable Jerrold N. Poslusny, Jr. USBJ
United States Bankruptcy Court
United States Post Office
and Court House Building
PO Box 2067
Camden, New Jersey 08101

      Re:   Bankruptcy of Myrlande Tony
              Our File No. N9533-BT
              Case No. 19-12877/JNP

Dear Judge Poslusny:

    A Status Conference was scheduled in the above-captioned matter for December 23, 2019.

    The debtor testified that he was the owner of a personal injury action. I am investigating whether there is any value to the action. I am requesting that this matter be carried for 60 days.

    Your Honor's attention to this matter is sincerely appreciated.

                            Respectfully yours,

                            Brian S. Thomas

BST:kl